PD-1595-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/20/2015 9:16:01 AM
Accepted 8/20/2015 9:25:00 AM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **AARON LIVERMAN** | § | **PD-1596-14** |
| APPELANT; | § | |
| **ROGER LIVERMAN** | § | **PD-1595-14** |
| APPELLANT | § | |
| **v.** | § | |
| | § | |
| **THE STATE OF TEXAS** | § | |
| APPELLEE | § | |

Denial but
brief will be
received pc
8.25-15

FILED IN
COURT OF CRIMINAL APPEALS

August 20, 2015

ABEL ACOSTA, CLERK

### STATE'S MOTION TO FILE AN ADDITIONAL BRIEF IN REPLY TO THE TEXAS CONSTRUCTION ASSOCIATION'S BRIEF OF *AMICUS CURIAE INSTANTER*

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

**COMES NOW** the State of Texas, by and through the Denton County Criminal District Attorney and the undersigned counsel, and tenders this motion to file an additional brief in reply to the Texas Construction Association's brief of *amicus curiae* pursuant to Texas Rule of Appellate Procedure 70.04. The State moves that this Court permit the State to file this additional brief. The State shows the following in support of this motion:

1.    The State received the "Brief of *amicus curiae* of the Texas Construction Association" on August 14, 2015, and received the "Amended Brief of *amicus curiae* of the Texas Construction Association" on August 17, 2015.

2.    The brief of *amicus curiae* is in support of Appellants.

3. This case is already in submission and this Court has already received the briefs on the merits and heard the arguments of the parties.

4. The State would like to respond to the arguments made in the brief of *amicus curiae* in an additional brief.

5. The State has already prepared the response to the brief of *amicus curiae* and offers the brief *instanter* for this Court's consideration.

## PRAYER

**WHEREFORE,** premises considered, the State prays that this Court grant this motion and permit the State to file an additional brief in reply to the Texas Construction Association's brief of *amicus curiae*.

Respectfully Submitted,

**PAUL JOHNSON**
Criminal District Attorney

**CATHERINE LUFT**
Assistant Criminal District Attorney
Chief, Appellate Division

**LARA TOMLIN**
Assistant Criminal District Attorney
Bar No. 24075169
1450 East McKinney Street, Suite 3100
Denton, Texas 76209
(940) 349-2600
lara.tomlin@dentoncounty.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August 2015, a true and correct copy of the State's Motion to File an Additional Brief in Reply to the Texas Construction Association's Brief of *amicus curiae* was sent through efile.txcourts.gov by electronic mail to: (1) Applicant's Counsel, Matthew J. Kita, matt@mattkita.com; (2) Texas Construction Association's Counsel, John S. Polzer, jpolzer@canteyhanger.com, Chris A Brown, cbrown@canteyhanger.com; and (3) the State Prosecuting Attorney, Lisa C. McMinn, information@spa.texas.gov.

LARA TOMLIN
Assistant Criminal District Attorney